ANNE E. WELLS (State Bar No. 155975)
DANNING, GILL, DIAMOND & KOLLITZ, LLP
  a limited liability partnership
  composed of professional corporations
2029 Century Park East, Suite 1900
Los Angeles, California 90067-3005
Telephone:  (310) 277-0077
Facsimile:  (310) 277-5735

Attorneys for David A. Gill,
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TONI MICHELLE BRAXTON,<br><br>      Debtor. | Case No. LA 98-12646-ES<br>[Chapter 7] |
| | Case No. LA 98-12649-ES<br>[Chapter 7] |
| In re<br><br>MADAME ASHLEE, INC.<br><br>      Debtor. | Case No. LA 98-12653-ES<br>[Chapter 7] |
| In re<br><br>PRINCESS ASHLEE, INC.<br><br>      Debtor. | Case No. LA 98-12655-ES<br>[Chapter 7]<br><br>ORDER RE: TRUSTEE'S MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C.§ 365(d) |
| In re<br><br>LADY ASHLEE, INC.<br><br>      Debtor. | Date:  May 14, 1998<br>Time:  2:00 p.m.<br>Place: Courtroom "1645"<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

60349.1    9812646A

The above-entitled matter came on for hearing on May 14, 1998 at 2:00 p.m. in Courtroom 1645 of the United States Bankruptcy Court, the Honorable Erithe A. Smith presiding. Anne E. Wells of Danning, Gill, Diamond & Kollitz, LLP appeared on behalf of David A. Gill, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estates of Toni M. Braxton, Madame Ashlee, Inc., Lady Ashlee, Inc. and Princess Ashlee, Inc. (collectively "Debtors"). Thomsen Young, Richard Pachulski and Debra Greengrass of Pachulski, Stang, Ziehl & Young appeared on behalf of the Debtors. Robert White and Linda Smith appeared on behalf of Arista Records, Inc., Arista Ventures, Inc., LaFace Records, Inc. and LaFace Records (collectively, "LaFace Records"). Other appearances were as noted in the record.

Having considered the Trustee's Motion to Extend Time to Assume or Reject Executory Contracts Pursuant to 11 U.S.C. § 365, the Memorandum of Points and Authorities and the Declaration of David A. Gill in support thereof, as well as the pleadings and record in these cases and the arguments of counsel at the hearing, good cause appearing and for the reasons set forth in the record, it is hereby,

**ORDERED**, that the time by which the Trustee may assume or reject executory contracts of the Debtors' estates pursuant to 11 U.S.C. § 365, is extended for a period of forty-five (45) days, through and including June 28, 1998, except as to recording and

///
///
///
///
///

60349.1    9812646A

2

1  related contracts between the Debtors and LaFace Records.  As to
2  the recording and related contracts between the Debtors and LaFace
3  Records, the Trustee's Motion is denied.

9  DATED: __JUN 1 0 1998__

                      The Honorable Erithe A. Smith
                      United States Bankruptcy Judge

12  Presented By:

13  DANNING, GILL, DIAMOND & KOLLITZ, LLP

15  By: _____
      ANNE E. WELLS
      Attorneys for David A. Gill,
      Chapter 7 Trustee

60349.1    9812646A                    3

**PROOF OF SERVICE**

I, Pamela D. Moore, declare:

I am employed by the law firm of Danning, Gill, Diamond & Kollitz, LLP, in the County of Los Angeles, State of California. I am employed in the office of a member of the bar of this court at whose direction the service was made. I am over the age of 18 years and am not a party to the within action. My business address is 2029 Century Park East, Suite 1900, Los Angeles, California 90067-3005.

On May _____, 1998, I served the following documents: **ORDER RE: TRUSTEE'S MOTION TO EXTEND TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C.§ 365(d)** on the interested parties addressed as follows:

[SEE ATTACHED SERVICE LIST.]

(By Mail) I placed the document for collection and deposit in the mail. I am familiar with this firm's practice for the collection and processing of correspondence for mailing. Under that practice, the document would be placed in a sealed envelope and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2029-2049 Century Park East, Los Angeles, California, in the ordinary course of business. The documents served were placed in sealed envelopes and placed for collection and mailing following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on May _____, 1998, at Los Angeles, California.

_____
Pamela D. Moore

60349.1    9812646A

|     |                                    |
| --- | ---------------------------------- |
| 1   | SERVICE LIST                       |

**Office of the U.S. Trustee**
221 N. Figueroa Street
Suite 800
Los Angeles, CA 90012

**Debtors**
Toni M. Braxton, Madame Ashlee, Inc.
Princess Ashlee, Inc., Lady Ashlee, Inc.
c/o Gary Stiffelman, Esq.
Ziffren Brittenham Branca & Fisher
1801 Century Park West
Los Angeles, CA 90067

**Attorneys for Debtors**
Thomsen J. Young, Esq.
Debra Grassgreen, Esq.
Pachulski, Stang, Ziehl & Young, P.C.
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

**Attorneys for LaFace Records, Inc.**
Robert J. White, Esq.
O'Melveny & Myers, LLP
400 South Hope Street
Los Angeles, CA 90071

**Attorneys for Arista and LaFace Records, Inc.**
Charles Ortner, Esq.
Paul, Hastings, Janofsky & Walker, LLP
555 South Flower Street, 23rd Floor
Los Angeles, CA 90071

60349.1    9812646A